# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3271

_____

James A. Widtfeldt, Trustee,               *
                                           *
        Appellant,                         *
                                           *
    v.                                     *
                                           *
Holt County Board of Equalization;         *
Nebraska Tax Equalization and Review       *
Commission; State of Nebraska; Holt        *
County Board of Equalization of the        *
State of Nebraska; United States of        *
America,                                   *
                                           *
        Appellees.                         *
_____                                      Appeals from the United States
                                                 District Court for the
No. 06-3352                                      District of Nebraska.
_____
                                                 [UNPUBLISHED]

James A. Widtfeldt, Trustee,               *
                                           *
        Appellant,                         *
                                           *
    v.                                     *
                                           *
Holt County Board of Equalization;         *
Nebraska Tax Equalization and Review       *
Commission; State of Nebraska,             *
                                           *
        Appellees,                         *
                                           *
Holt County Board of Equalization,         *

of the State of Nebraska,        *

Defendant,        *

United States of America,        *

Appellee.        *

_____

Submitted: April 3, 2008
Filed: April 11, 2008

_____

Before BYE, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, James Widtfeldt appeals the district court's[1] dismissals of his two complaints, each containing the same claims against the same defendants. Having carefully reviewed the parties' arguments and the submissions on appeal, we find no basis for reversal. Accordingly, the judgments of the district court are affirmed. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.